**2007–0072.   State ex rel. Douglas v. Greenfield City Council.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus involving an expedited election matter. Upon consideration of respondents' motion for stay of briefing schedule pending finalization of settlement,

It is ordered by the court that the motion is granted, and this case is stayed pending further order of this court.

It is further ordered that the parties shall advise this court of the status of the settlement proceedings within fourteen days of the date of this order.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*January 29, 2007*

[Cite as *01/29/2007 Case Announcements,* 2007-Ohio-321.]

## MOTION AND PROCEDURAL RULINGS

**2006–1695.   In re Adams.**
Cuyahoga App. No. 87881. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of the motion of Christopher Horn to withdraw as counsel for appellee Lee Adams and the notice of withdrawal of Patrick S. Lavelle as counsel for appellee Michelle Adams,

It is ordered by the court that the motion to withdraw is granted and Christopher Horn and Patrick S. Lavelle are removed as counsel.

It is further ordered, sua sponte, that Christopher J. Pagan of Middletown, Ohio, is appointed to represent appellee Lee Adams on a pro bono basis, and John J. Kulewicz of Columbus, Ohio, is appointed to represent appellee Michelle Adams on a pro bono basis.

It is further ordered that appellees shall file their merit briefs within thirty days of the date of this entry, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. VI.

## MISCELLANEOUS DISMISSALS

**2006–2109.   Viox v. Weinberg.**
Hamilton App. No. C–050756, 2006-Ohio-5075. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellants' application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*January 30, 2007*

[Cite as *01/30/2007 Case Announcements,* 2007-Ohio-359.]

## MISCELLANEOUS ORDERS